Case 3:22-mj-00987-KSC *SEALED* Document 1 Filed 03/15/22 PageID.1 Page 1 of 5
Case 2:21-cr-00098-JGS Sealed Document 2 Filed *SEALED* Filed 03/15/22 Page 1 of 15
Page 1 of 14

**SEALED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '22 MJ00987

The person charged as Juan Gerardo Trevino-Chavez now appears before this United States District Court for an initial appearance as a result of a matter having been filed in the United States District Court for the Western District of Texas with: Conspiracy to Possess a Controlled Substance with Intent to Distribute over 1000 kilograms of marijuana; Extraterritorial Distribution of 1000 kilograms or more of Marijuana and 5 kilograms or more of cocaine; Employment or Use of Persons under 18 Years of Age in Drug Operation and aiding and abetting; Conspiracy to Possess Firearms in furtherance of a Drug Trafficking Crime; in violation of Title 21 U.S.C. §§ 8461, 841(a)(1) & 841(b)(1)(A)(vii), 9631 952(a) & 960(a)(1) & 960(b)(1)(G); 963, 959(a), 960(a)(3) & 960(b)(1)(B&G); 861(a)(1)(b) and Title 18 U.S.C. §§ 2, 924(c)(1) and (o).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 03/15/2022

_____ (signature)

Maurice Pratt _____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 3/15/2022

_____ (signature)

Bianca Calderon-Pichardo _____ (print)
Assistant United States Attorney

Case 3:22-cr-00098-SSS-AGD Document 1-2 Filed *SEALED* Filed 04/15/22 Page 15 of 19
Case 3:21-cr-00098-SSS-AGD Document 1-2 Filed *SEALED* Filed 04/15/22 Page 15 of 19
Page 2 of 14

AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

U.S. MARSHALS RECEIVED APR 06 2017 SAN ANTONIO, TX ENFORCEMENT SECTION

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN GERARDO TREVINO-CHAVEZ a/k/a "Huevo" | ) Case No. SA-14-CR-916-023-FB |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUAN GERARDO TREVINO-CHAVEZ a/k/a "Huevo",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1:21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(vii)- Conspiracy to Possess a Controlled Substance With Intent to Distribute over 1000 kilograms of marijuana. COUNT 2: 21 U.S.C. §§ 963 & 952(a) & 960(a)(1) & 960(b)(1)(G) -Conspiracy to Import a Controlled Substance over 1000 kilograms of marijuana. COUNT 3: 21 U.S.C. §§ 963 & 959 (a) & 960(a)(3) & 960(b)(1)(B&G)- Extraterritorial Distribution of 1000 kilograms or more of Marijuana and 5 kilograms or more of cocaine. COUNT 4:21 U.S.C. § 861(a)(1)(b) & 18 U.S.C. § 2 - Employment or Use of Persons under 18 Years of Age in Drug Operation and aiding and abetting. COUNT 5:18 U.S.C. §§ 924(c)(1)and(o)- Conspiracy to Possess Firearms In furtherance of a Drug Trafficking Crime. COUNT 6:21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii)-Conspiracy to

Date: 04/05/2017

*Issuing officer's signature*

City and state: San Antonio, Texas    W. Garcia, U.S. Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

10296064

Case 3:22-cr-00098-SSS-ADA Document 1-1 Filed 05/15/22 Page 3 of 14
Case 3:22-cr-00098-JCSS SEALED Document 1 Filed 05/15/22 Page 3 of 15.20
Page 3 of 14

**SEALED**

CASE SEALED: X UNSEALED: ___
CASE NO: SA-14-CR-916

Page 3

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

USAO #: 2014R18978

COUNTY: BEXAR    DIVISION: SAN ANTONIO    JUDGE: FRED BIERY
DATE: APRIL 05, 2017    MAG.CT.#: NONE    FBI#: ▮
ASSISTANT U.S. ATTORNEY: RUSSELL D. LEACHMAN    DEF. D.O.B.: ▮
DEFENDANT NAME: JUAN GERARDO TREVINO-CHAVEZ (23)    DEF. SSN: ▮
DEFENDANT'S A/K/A'S: "Huevo"    Male X Female ___
DEFENDANT'S ADDRESS: _____

CITIZENSHIP:    United States: X    Mexican ___    Other: ___
INTERPRETER NEEDED:    YES: ___    NO: X    Language: ___

DEFENSE ATTORNEY'S NAME: _____
                    Employed: ___ Appointed: ___
DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: NO   Where: _____    Writ Attached: N/A
             On Bond: NO   Amount of Bond: _____   SID# _____
             AUSA Bond Recommendation: DETAIN WITHOUT BOND

DATE OF ARREST: _____ TO BE ARRESTED: X    BENCH WARRANT NEEDED: YES
PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:    X    2nd SUPERSEDING INDICTMENT    ___ INFORMATION

OFFENSE: COUNT 1: 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(vii)- Conspiracy to Possess a Controlled Substance With Intent to Distribute over 1000 kilograms of marijuana. COUNT 2: 21 U.S.C. §§ 963, 952(a) & 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import a Controlled Substance over 1000 kilograms of marijuana. COUNT 3: 21 U.S.C. §§ 963, 959(a) & 960(a)(3) & 960(b)(1)(B&G)- Extraterritorial Distribution of 1000 kilograms or more of Marijuana and 5 kilograms or more of cocaine. COUNT 4: 21 U.S.C. § 861(a)(1)(b) & 18 U.S.C. § 2 - Employment or Use of Persons under 18 Years of Age in Drug Operation and aiding and abetting. COUNT 5: 18 U.S.C. §§ 924(c)(1) and (o)- Conspiracy to Possess Firearms in furtherance of a Drug Trafficking Crime. COUNT 6: 21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii)-Conspiracy to Possess a Controlled Substance With Intent to Distribute over 5 kilograms of cocaine. COUNT 7: 18 U.S.C. §§ 1956(a)(1)(A)(i) & (ii) and 1956(h)-Laundering of Monetary Instruments; COUNT 8: 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963- Conspiracy to Import a Controlled Substance With Intent to Distribute over 5 kilos cocaine.

OFFENSE IS:    FELONY    X    CLASS A MISDEMEANOR ___    CLASS B/C PETTY OFFENSE ___

MAXIMUM SENTENCE: COUNTS 1, 2, 3, 4, 6 & 8 (EACH COUNT): 10 years-life imprisonment; Maximum $10,000,000 fine; Minimum 5 years supervised release; $100 mandatory special assessment. COUNT 5: 20 years imprisonment; Maximum $250,000 fine; Minimum 5 years supervised release; $100 mandatory special assessment. Count 7: 20 years imprisonment; Fine Greater of $500,000 or twice value of property involved; Maximum 3 years supervised release; $100 mandatory special assessment.

AGENT/AGENCY: JOEL JUVETTE/HSI    MANDATORY PENALTY: Yes: X   No: ___ As to special assessment only.
REMARKS: _____ hm

WDT-Cr-3    USDC CY 1    USDC CY 2    COURT CY    USMS CY    USAO CY    PROBATION CY    PRE-TRIAL SVCS CY    USAO DOCKETING CY

Case 3:22-cr-00098-SS *SEALED* Document 1-1 Filed *SEALED* Filed 04/15/22 Page 4 of 15
Case 2:17-mj-09809-KSC SEALED Document 1 Filed 05/15/22 Page 1 of 21
Page 4 of 14



**U.S. Department of Justice**
United States Attorney

FILED
2017 APR -5 PM 12:53

## United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **SEALED** |
| | ) SA-14-CR-916 |
| v. | ) |
| | ) |
| JUAN GERARDO TREVINO-CHAVEZ (23) | ) |
| aka "HUEVO", | ) |
| | ) |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

JUAN GERARDO TREVINO-CHAVEZ

ENTERED at San Antonio, Texas, this 5 day of April, 2017.

UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **JUAN GERARDO TREVINO-CHAVEZ** be detained without bond.

BENCHWAR.FRM

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____ Deputy

AO 442 (Rev. 11/11) Arrest Warrant

**CLERK'S COPY**

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| JUAN GERARDO TREVINO-CHAVEZ | ) Case No. SA19-CR-787-JKP (1) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUAN GERARDO TREVINO-CHAVEZ  A/K/A "HUEVO"  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846, 841(a)(1) & (b)(1)(A) - Conspiracy to Possess with Intent to Distribute a Controlled Substance, Marijuana; 21:952 (a), 960(a)(1) & (b)(1)G), 963 - Conspiracy to Import with Intent to Distribute a Controlled Substance Marijuana; 21:959(a), 963, 960(a)(3) & (b)(1) - Unlawful Distribution of Controlled Substance; 21:861(a)(1) - Employenment of Person Uner 18 Years of Age in Drug Operations & Aiding and Abetting; 21:846, 841(a)(1) & (b)(1)(A) - Conspiracy to Possess with Intent to Distribute a Controlled Substance Cocaine; 21:952(a), 960(a)(1) & (b)(1)(B), 963 - Conspiracy to Import, etc.

Date: 10/23/2019

_____
*Issuing officer's signature*

City and state: San Antonio, TX

Wayne Garcia, U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Case 3:22-cr-00098-KC *SEALED* Document 2 Filed *SEALED* Page 6 of 14
Case 3:22-mj-09809-CSE Document 1 Filed 05/15/22 Page 15 of 23
Page 6 of 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 23 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**JUAN GERARDO TREVINO-CHAVEZ**<br>also known as "HUEVO," (1),<br><br>Defendant. | CRIM NO. SA 19 CR 0787 JKP<br><br>**INDICTMENT**<br><br>**CT 1:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);<br>**CT 2:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);<br>**CT 3:** 21 U.S.C. 959(a)- Unlawful Distribution of Controlled Substances Extra-territorial;<br>**CT 4:** 21 U.S.C. 861(a)(1) and 846 Conspiracy to Employ a Person Under 18 years of Age in Drug Operations; Aiding & Abetting<br>**CT 5:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);<br>**CT 6:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);<br>**CT 7:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Methamphetamine);<br>**CT 8:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Methamphetamine);<br>**CT 9:** 18 U.S.C. 924(o) Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;<br>**CT 10:** 18 U.S.C. 922(o) and 2 Possession of a Machine Gun in Furtherance of Drug Trafficking and Attempt; Aiding and Abetting<br>**CT 11:** 18 U.S.C.1956(a)(1)(A)- Laundering of Monetary Instruments |

**THE GRAND JURY CHARGES:**

1

The Defendant, **JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO"**, is the current leader of the Cartel Del Noreste drug cartel, also known as "CDN". CDN is the successor cartel to the LOS ZETAS International Drug Cartel. CDN was established by **JUAN GERARDO TREVINO-CHAVEZ** and other members of his family after Miguel Trevino-Morales, aka as "Zeta 40", and Omar Trevino-Morales, aka "Zeta 42", who were the leaders of the LOS ZETAS Drug cartel, were arrested in Mexico. Prior to this time, **JUAN GERARDO TREVINO-CHAVEZ** had worked for LOS ZETAS as a leader, drug trafficker, enforcer, weapons procurer, and, for a period of time, as a plaza leader. In furtherance of the conspiracy, the Defendant ordered, counseled, commanded, induced, procured, and caused the deaths of multiple people.

## COUNT ONE
[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]

Beginning on or about January 1, 2006, and continuing until on or about the date of this indictment, in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

**JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO"**,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963]

Beginning on or about January 1, 2006, and continuing until the date of this indictment,

in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

### COUNT THREE
### [21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)]

Beginning on or about January 1, 2006, and continuing until the date of this indictment, in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1).

## COUNT FOUR
**[21 U.S.C. §§846, 861(a)(1) and (b)]**

Beginning on or about January 1, 2006 and continuing until the date of this indictment, in the Western District of Texas and elsewhere, Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

being a person of at least eighteen (18) years of age, did knowingly and intentionally and unlawfully conspire, combine, confederate, and agree with others known and unknown to the Grand Jury to employ, hire, use, persuade, induce, entice, and coerce a person or persons under eighteen (18) years of age, to violate Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960(a)(1), 959, and 963, in violation of Title 21, United States Code, Section 846, 861(a)(1) and (b).

## COUNT FIVE
**[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(ii), in violation of Title 21, United

4

States Code, Section 846.

## COUNT SIX
### [21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT SEVEN
### [21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]

Beginning on or about May 1, 2008, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii), in violation of Title 21,

United States Code, Section 846.

## COUNT EIGHT
### [21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]

Beginning on or about January 1, 2005, and continuing until the date of this indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT NINE
### [18 U.S.C. §§ 924(c)(1) and (o)]

Beginning on or about January 1, 2008, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

knowingly combined, conspired, confederated, and agreed with others known and unknown to the Grand Jury to commit offenses against the United States, that is, the **DEFENDANT** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three, Five, Six, Seven, and Eight of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

## COUNT TEN
### (18 U.S.C. § 924(c)(1)(B)(ii), 2)

That beginning on or about March 10, 2016, in the Western District of Texas, the Defendant,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

did knowingly possess and aid and abet the possession of a firearm in furtherance of a crime of violence and a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a Bushmaster, XM15, .223-caliber Machinegun, S/N L353631, a Bushmaster, XM15, .223-caliber Machinegun, S/N L353701, and a Bushmaster, XM15, .223-caliber Machinegun, S/N L528469, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii) and 2.

## COUNT ELEVEN
### (18 U.S.C. §§ 1956 (a)(1)(A)(i) & (ii) and 1956(h))

Beginning on or about January 1, 2010, and continuing through and including the date of this indictment, in the Western District of Texas and elsewhere, the Defendants,

### JUAN GERARDO TREVINO-CHAVEZ aka "HUEVO",

did knowingly conspire with each other and others known and unknown to the Grand Jury to conduct and to attempt to conduct financial transactions, affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, to-wit: drug trafficking violations of Title 21, United States Code, Sections 846, 841(a)(1), 963, 952, 959 and 960(a)(1), with the intent to promote the carrying on of the specified unlawful activity knowing that the

property involved in the financial transaction represented the proceeds of some form of unlawful activity.

### UNITED STATES OF AMERICA'S NOTICE OF DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

#### I.
### Controlled Substance Forfeiture Statutes and Violations
[Title 21 U.S.C. §§ 841(a)(1), (b), (b)(1)(A)(ii), 841(b)(1)(A)(vii), 846, 861(a)(1) and (b), 952(a), 959 and 959(a), 960(a)(1), 960(a)(1), (a)(3), (b)(1)(B), And (b)(1)(G); 961(a)(1) and (b); 963; subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (a)(2) and Title 21 U.S.C. § 970]

As a result of the foregoing criminal violations set forth in Counts One, Two, Three, Four, Six, and Eight, the United States of America gives notice to Defendants of its intent to seek the forfeiture of the below described property upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 21 U.S.C. §§ 853(a)(1) and (a)(2), and Title 21 U.S.C. § 970, which state the following:

**§ 853 Criminal forfeitures**
**(a) Property subject to criminal forfeiture**
Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provisions of State law–
  (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
  (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**§ 970. Criminal forfeitures**
Section 853 of this title, relating to criminal forfeitures, shall apply in every respect to a violation of this subchapter punishable by imprisonment for more than one year.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described in paragraph III below.

#### II.
### Money Laundering Forfeiture Statutes and Violations
[Title 18 U.S.C. §§ 1956(a)(1)(A)(i), (ii), and (h); subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]

As a result of the foregoing criminal violations set forth in Count Seven, the United States

8

of America gives notice to Defendants of its intent to seek the forfeiture of the below listed property upon conviction and pursuant to Title 18 U.S.C. § 982(a)(1), which states the following:

### § 982. Criminal forfeiture

(a)(1) The court, in imposing sentence on a person convicted of an offense in violation of section 1956, 1957, or 1960 of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described in paragraph III below.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
United States Attorney

_____
Assistant United States Attorney

9

# DEFENDANT LOCATOR FORM

Name of Defendant: _TREVINO, Juan Gerardo_   DOB: _

Date of Arrest: _03/15/2022_   Time of Arrest: _12:03 AM_

Arresting Agent/Agency: _DUSM Barajas/USMS_

Country of Citizenship: _U.S._   (If "Other", enter citizenship)

Immigration Status: _U.S.C._   (If "Other", enter status)

## MCC Information

Reservation no.: _N/A_   or Window Time: _____

Date of Booking: _____   Booking Number: _____

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _GEO_   Arrival Date: _03/15/2022_   Temporary Stay: **Yes** or **No**

## Hospitalized Defendant Information

Name of Medical Center: _N/A_

Date of Hospital Admittance: _____   Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known) _____